610

373 A.2d 1137

Commonwealth, Appellant, v. Snook.

Argued June 16, 1976.  Robert F. Banks, First Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellant; Bernard J. Meyer, submitted a brief for appellee.

Order affirmed.

373 A.2d 1137

Commonwealth v. Sockwell, Appellant.

Argued March 14, 1977.  Frederic G. Antoun, Jr., Assistant Public Defender, for appellant; Reid H. Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1138

Commonwealth v. Sockwell, Appellant.

Argued March 14, 1977.

Frederic G. Antoun, Jr., Assistant Public Defender, for appellant; Reid H. Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1138

Commonwealth v. Spencer, Appellant.

Submitted February 17, 1976.

David Katz, Public Defender, for appellant; Linda Wallach Miller, Assistant District Attorney, and James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1138

Commonwealth v. Sutherland, Appellant.